No. 65085.—Manca, Inc. *v.* United States, protest 58/21734 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of regulating transformers used for the control of electrical energy, the claim of the plaintiff was sustained.

No. 65086.—Seven Seas Merchandising Corp. *v.* United States, protest 60/15382 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of dice the same in all material respects as those the subject of Abstract 64186, the claim of the plaintiff was sustained.

No. 65087.—Ross Products, Inc. *v.* United States, protest 60/18678 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of dice the same in all material respects as those the subject of Abstract 64186, the claim of the plaintiff was sustained.